# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157821(108)

*In re* MGR, Minor.

SC: 157821
COA: 338286, 340203
Oakland CC Family Div:
2016-842995-AD

_____/

On order of the Chief Justice, the motion to extend the time for filing the brief amicus curiae of the Academy of Adoption and Assisted Reproduction Attorneys is GRANTED. The amicus brief submitted on November 9, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2018



Clerk